IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**LIFENET HEALTH,**

    **Plaintiff,**

v.      Civil Action No. 2:13cv486

**LIFECELL CORPORATION,**

    **Defendant.**

## ORDER

This matter is before the Court, pursuant to Local Rule 5 and the Stipulated Protective Order entered in this case on April 14, 2014 (Doc. 38), on Plaintiff LifeNet Health's Motion to Seal Portions of LifeNet's Brief in Opposition to LifeCell's Motion for Summary Judgment, Portions of and Exhibits 1, 2, 11–22, and 24–29 to the Declaration of David L. Kaplan, Ph.D., and Exhibits 1, 4, 5, and 9 to the Declaration of Michael H. Jacobs, Doc. 146.

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and Ashcraft, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board: "This serves as notice to the public that Plaintiff LifeNet Health has moved to file under seal Portions of LifeNet's Brief in Opposition to LifeCell's Motion for Summary Judgment, Portions of and Exhibits 1, 2, 11–22, and 24–29 to the Declaration of David L. Kaplan, Ph.D., and Exhibits 1, 4, 5, and 9 to the

Declaration of Michael H. Jacobs. Objections to this Motion should be filed in the Civil Section of the Clerk's Office. The Notice will be posted for a minimum of forty-eight (48) hours."

Based upon Plaintiff's filings and the Stipulated Protective Order, the Court **FINDS** that less drastic alternatives to seal the documents identified in the Motion to Seal are not feasible.

Accordingly, the Court **ORDERS** that the Portions of LifeNet's Brief in Opposition to LifeCell's Motion for Summary Judgment, Portions of and Exhibits 1, 2, 11–22, and 24–29 to the Declaration of David L. Kaplan, Ph.D., and Exhibits 1, 4, 5, and 9 to the Declaration of Michael H. Jacobs, shall be maintained under seal by the Clerk, until further order of the Court.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: September 20, 2014